**Autry Lee JONES, Appellant,**

v.

**DEPARTMENT OF JUSTICE,**
**et al., Appellees.**

No. 03–5087.

United States Court of Appeals,
District of Columbia Circuit.

Sept. 10, 2003.

Autry Lee Jones, Warden, pro se, Pollock, LA, for Plaintiff–Appellant.

Before GINSBURG, Chief Judge, and SENTELLE and TATEL, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**2**

**ORDERED AND ADJUDGED** that the district court's order filed January 17, 2003, be affirmed. The district court correctly determined it lacked jurisdiction to consider appellant's claims.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.